NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SADAR SADATT HUTCHINSON,                 )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D16-4743
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L Dimmig, II, Public Defender
and Jean-Jacques A. Darius, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.